IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF ) | | |
| INFORMATION ASSOCIATED WITH ) | 5:20 CM 31 | |
| FACEBOOK USER ID 1229791416 ) | | |

## ORDER TO SEAL SEARCH WARRANT
## AND RELATED PAPERS

The United States of America has filed a motion to seal the Search Warrant, the Application for Search Warrant, the Search Warrant Affidavit, the Inventory Return, its Motion to Seal, this Order, and all other pertinent search warrant papers in the above captioned and numbered matter.

The COURT finds that the above described papers should be and they are, hereby sealed for sixty (60) days under the provision of the United States District Court for the Western District of Arkansas General Order 7. The Court finds, as established in the United States Motion to Seal, that there exist compelling interests that outweigh the public's qualified First Amendment right of access and, FURTHER, that no less restrictive alternative to sealing is appropriate or practical.

Dated this 30th day of April, 2020

_____
THE HONORABLE ERIN L. WIEDEMANN
CHIEF, UNITED STATES MAGISTRATE JUDGE